MARCH 21, 1977

No. 75–765.  COFFIN *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE; and

No. 75–791.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* COFFIN.  Appeals from D. C. D. C. dismissed under this Court's Rule 60.  Reported below: 400 F. Supp. 953.

No. 75–712.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* SILBOWITZ ET UX.  Affirmed on appeal from D. C. S. D. Fla.

No. 75–727.  JABLON ET VIR *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE; and

No. 75–739.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* JABLON ET VIR.  Affirmed on appeal from D. C. Md.  Reported below: 399 F. Supp. 118.

No. 76–772.  COUNTY COMMISSION OF HALE COUNTY ET AL. *v.* UNITED STATES.  Affirmed on appeal from D. C. S. D. Ala.

No. 76–802.  HOWARD *v.* REAL ESTATE COMMISSION OF COLORADO.  Affirmed on appeal from D. C. Colo.

No. 75–1643.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* ABBOTT ET UX.  Appeal from D. C. N. D. Ohio.  Motion of appellees for leave to proceed *in forma pauperis* granted.  Judgment affirmed.

No. 76–1038.  ALLEN ET AL. *v.* AUSTIN, SECRETARY OF STATE OF MICHIGAN, ET AL.  Affirmed on appeal from D. C. E. D. Mich.  MR. JUSTICE STEWART, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL would postpone jurisdiction to a hearing of case on the merits.